AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Tremaine Hadden<br>*Plaintiff/Petitioner*<br>v.<br>State Of New Jersey<br>*Defendant/Respondent* | )<br>)<br>) Civil Action No.<br>)<br>) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Tremaine Hadden

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 8/10/18

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment   Confined | $ None | $ None | $ None | $ none |
| Self-employment | $ none | $ none | $ none | $ none |
| Income from real property *(such as rental income)* | $ none | $ none | $ none | $ none |
| Interest and dividends | $ none | $ none | $ none | $ none |
| Gifts | $ none | $ none | $ none | $ none |
| Alimony | $ none | $ none | $ none | $ none |
| Child support | $ none | $ none | $ none | $ none |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ N/a | $ N/a | $ ---------- | $ ------- |
| Disability *(such as social security, insurance payments)* | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ N/a | $ | $ | $ |
| Other *(specify)*: | $ N/A | $ | $ | $ |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Confined | Confined | Confined | $ 12.00 |
| Same as above | | | $ ---- |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | SINGLE | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $ None | $ None |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value)               none | $ |
| Other real estate (Value) | $ |
| Motor vehicle #1 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $   None | $ |
| | $None | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| TH | Daughter | 5 |
| | | |
| | | |

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ None | $ Single |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)*  Same as Above | $ | $ |
| Food | $ | $ |
| Clothing | $ N/A | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | None | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | None | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify):* | $   None | $ |
| **Total monthly expenses:** | $         0.00 | $         0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☒ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Have no means of funds and I am confined and have been confined for the past five years.

12. Identify the city and state of your legal residence.

    Your daytime phone number:   Confined
    Your age 25      Your years of schooling:   HSG
    Last four digits of your social-security number:   6192

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Tremaine Hadden  :  **AFFIDAVIT OF POVERTY**
(Plaintiff in this action)     **and ACCOUNT CERTIFICATION**
            :  **(CIVIL RIGHTS)**

v.          :  Civil Action No. _____

State Of New Jersey       (To be supplied by the Clerk of the Court)
            :

Department Of corrections  :  DNJ-Pro Se-007-A-(Rev.05/2013)

Tully House        :

Supervisor RJune(TH), Individualy and in his capacity
(Defendant(s) in this action)

            :

**Instructions:**

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. See Local Civil R. 5.1(f). A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid, regardless of the outcome of the proceeding. See 28 U.S.C. § 1915(b).

The prisoner must complete all questions in the following affidavit, sign and date the affidavit, and then obtain the signature of the appropriate prison official who certifies the prison account statement. After the appropriate prison official certifies your prison trust fund account statement(s), you must attach the prison account statement(s) to this application, for each prison or jail wherein you were incarcerated during the previous six months. If your application to proceed in forma pauperis is incomplete, then the Court may enter an order denying your application without prejudice and administratively terminating your case without filing the complaint.

DNJ-ProSe-007-A-(Rev.05/2013)

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

In support of this application, I state the following under the penalty of perjury:

1. I, __Tremaine Hadden_____ (print your name), declare that I am the
   ☒ Plaintiff / movant      ☐ Other

   in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to prepay the costs of said proceeding or give security therefor; that I believe I am entitled to relief.

2. The nature of my claim or the issues I intend to present on appeal are briefly stated as follows:

   Civil rights violations, malicious prosecution, denial of medical access, etcal

3. List dates and places of confinement for the immediately preceding six months:

   | Dates of Confinement | Places of Confinement |
   |---|---|
   | 2013 | GSYCF |
   | 2018 | Tully, SSCF |

   For each institution in which you have been confined for the preceding six months, you must obtain a copy of your prison account and the signature of the appropriate prison official (see certification on p. 3).

4. Are you employed at your current institution?    ☒ Yes    ☐ No

   Do you receive any payment or money from your current institution?    ☒ Yes    ☐ No

   If Yes, state how much you receive each month: __24.00__

5. In the past 12 months, have you received any money from any of the following sources?

   |   |   | Yes | No | Amount |
   |---|---|---|---|---|
   | a. | Business, profession, or other self-employment | ☐ Yes | ☒ No |   |
   | b. | Rent payments, interest, or dividends | ☐ Yes | ☒ No |   |
   | c. | Pensions, annuities, or life insurance payments | ☐ Yes | ☒ No |   |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |   |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |   |
   | f. | Any other sources | ☐ Yes | ☐ No XXX |   |

THIS FORM MUST BE USED BY A PRISONER APPLYING TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS CASE

6. Other than your prison account, do you have cash or a checking or savings account in your name?  ☐ Yes  ☒ No

   If "Yes," state the total in the account at this time: _____

7. Do you own any other assets or property?  ☐ Yes  ☒ No

   If "Yes," please describe: _____

8. I, __Tremaine M. Hadden__
   (Print or Type Name and Number of Prisoner)

   declare under penalty of perjury that the aforesaid statements made by me are true and correct. I authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $ 350.-- fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

   7/24/18
   DATE

   _____
   SIGNATURE OF PRISONER

---

THIS PORTION OF YOUR APPLICATION SHALL NOT BE LEFT BLANK.
IF THIS PORTION IS NOT COMPLETED, YOUR APPLICATION WILL BE DENIED WITHOUT PREJUDICE

## ACCOUNT CERTIFICATION SIGNED BY PRISON OFFICIAL

I, __Xacciamari__ (print name), certify that the attached trust fund account statement (or institutional equivalent) is a true and correct copy.

**RECEIVED** 7-27-18

DATE JUL 2 7 2018

Southern State Corr. Facility
Business Office

_Xacciamari_ (Signature)

_____ (Title)

3   DNJ-ProSe-007-A-(Rev.05/2013)

```
07/27/2018 08:50              DEPARTMENT OF CORRECTIONS           Page    1  Of    6
COICAC2                  SOUTHERN STATE CORRECTIONAL FACILITY                OTRTASTA
                               TRUST ACCOUNT STATEMENT
                     STATEMENT DATE: 01/01/2018  -  07/27/2018
```

SBI #: 000366926E        Name: HADDEN, TREMAINE M         DOB:      10/05/1992
LOCATION: SSCF-1-R-E-2                                     INM#      864818
PED:   09/04/2019        As of Date:  09/04/2019          Max Date: 09/04/2019

| LOCATION | SUB ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|
| BSP  | 2101 SPENDABLE            | 0.00 | 0.00  | |
| BSP  | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| BSP  | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |
| CRAF | 2101 SPENDABLE            | 0.00 | 0.00  | |
| CRAF | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| CRAF | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |
| EJSP | 2101 SPENDABLE            | 0.00 | 0.00  | |
| EJSP | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| EJSP | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |
| GYCF | 2101 SPENDABLE            | 0.00 | 0.00  | |
| GYCF | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| GYCF | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |
| NSP  | 2101 SPENDABLE            | 0.00 | 0.00  | |
| NSP  | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| NSP  | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |
| SSCF | 2101 SPENDABLE            | 0.00 | 24.11 | |
| SSCF | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| SSCF | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |
| SWSP | 2101 SPENDABLE            | 0.00 | 0.00  | |
| SWSP | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| SWSP | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |
| WYCF | 2101 SPENDABLE            | 0.00 | 0.00  | |
| WYCF | 2102 WORK RELEASE SAVINGS | 0.00 | 0.00  | |
| WYCF | 2103 RELEASE SAVINGS      | 0.00 | 0.00  | |

### DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED | INSTITUTION | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| MEDL  | MEDICAL LOAN    | 02/10/2014 | @ WYCF | 10.00 | 10.00 | 0.00 | ACTIVE |
| RXL   | PHARMACY LOAN   | 02/10/2014 | @ WYCF |  4.00 |  4.00 | 0.00 | ACTIVE |
| COL   | COMMISSARY LOAN | 02/07/2014 | @ WYCF | 11.15 | 11.15 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 04/27/2017 | @ SSCF |  0.18 |  0.18 | 0.00 | ACTIVE |
| MEDL  | MEDICAL LOAN    | 03/06/2017 | @ SSCF | 10.00 | 10.00 | 0.00 | ACTIVE |
| MEDL  | MEDICAL LOAN    | 09/01/2014 | @ GYCF | 15.00 | 15.00 | 0.00 | ACTIVE |
| RXL   | PHARMACY LOAN   | 09/01/2014 | @ GYCF |  2.00 |  2.00 | 0.00 | ACTIVE |
| RXL   | PHARMACY LOAN   | 02/19/2018 | @ EJSP |  1.00 |  1.00 | 0.00 | ACTIVE |
| MEDL  | MEDICAL LOAN    | 02/19/2018 | @ EJSP |  5.00 |  5.00 | 0.00 | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| LEOTEF | LAW ENFOR. OFR. TRAIN. & | Cum-12-08-00859-i | 30.00 | 30.00 | 0.00 | ACTIVE |

```
07/27/2018 08:50          DEPARTMENT OF CORRECTIONS          Page    2  Of    6
  COICAC2           SOUTHERN STATE CORRECTIONAL FACILITY                OTRTASTA
                            TRUST ACCOUNT STATEMENT
                    STATEMENT DATE: 01/01/2018   -   07/27/2018
```

**SBI #:** 000366926E  **Name:** HADDEN, TREMAINE M  **DOB:** 10/05/1992
**LOCATION:** SSCF-1-R-E-2                            **INM#** 864818

## OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| | EQUIP. FUND | | | | | |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | Cum-12-08-00859-i | 39.00 | 39.00 | 0.00 | ACTIVE |
| 50VCCB | $50 VICTIMS OF CRIME COMPENSATION BOARD | CUM FJ 06 000263 11 | 17.00 | 17.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | Cum-12-08-00859-i | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50CDRC | $50 CRIMINAL DISP. AND REV. COLLECTION | CUM FJ 06 000263 11 | 3.00 | 3.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | Cum-12-08-00859-i | 8.00 | 8.00 | 0.00 | ACTIVE |
| 50VWAF | $50 VICTIMS AND WITNESS ADVOCACY FUND | CUM FJ 06 000263 11 | 10.00 | 10.00 | 0.00 | ACTIVE |
| DEDR | DRUG ENFORCEMENT | CUM FJ 06 000215 11 | 125.00 | 125.00 | 0.00 | ACTIVE |
| SNSF | SAFE NEIGHBOURHOOD | Cum-12-08-00859-i | 75.00 | 75.00 | 0.00 | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 02072014 @WYCF | | 9.50 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 01272017 @SWSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 02172017 @SSCF | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 11082017 @NSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 06132014 @GYCF | | 10.50 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 01292018 @EJSP | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 01292014 @CRAF | | 0.00 | UNLIMITED | ACTIVE |
| TCF | TRANSACTION COLLECTION FEE | 07032014 @BSP | | 2.00 | UNLIMITED | ACTIVE |

**TRANSACTION DESCRIPTIONS    2102 WORK RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 01/17/2018 | NSP | TOR | TRANSFER OUT REGULAR TO TALBOT | 0.00 | 0.00 |
| 03/16/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | 0.00 | 0.00 |
| 04/17/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | 0.00 | 0.00 |
| 04/30/2018 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | 0.00 | 0.00 |
| 05/07/2018 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |
| 05/17/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | 0.00 | 0.00 |
| 05/22/2018 | CRAF | TOR | TRANSFER OUT REGULAR TO SSCF | 0.00 | 0.00 |
| 05/23/2018 | SSCF | TIR | TRANSFER IN REGULAR FROM CRAF | 0.00 | 0.00 |

```
07/27/2018 08:50           DEPARTMENT OF CORRECTIONS           Page   3 Of   6
COICAC2              SOUTHERN STATE CORRECTIONAL FACILITY              OTRTASTA
                           TRUST ACCOUNT STATEMENT
                    STATEMENT DATE: 01/01/2018  -  07/27/2018
```

**SBI #:** 000366926E   **Name:** HADDEN, TREMAINE M   **DOB:** 10/05/1992
**LOCATION:** SSCF-1-R-E-2                            **INM#** 864818

**TRANSACTION DESCRIPTIONS     2103 RELEASE SAVINGS SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 0.00 |
| 01/17/2018 | NSP | TOR | TRANSFER OUT REGULAR TO TALBOT | 0.00 | 0.00 |
| 03/16/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | 0.00 | 0.00 |
| 04/17/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | 0.00 | 0.00 |
| 04/30/2018 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | 0.00 | 0.00 |
| 05/07/2018 | EJSP | TIR | TRANSFER IN REGULAR FROM NSP | 0.00 | 0.00 |
| 05/17/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | 0.00 | 0.00 |
| 05/22/2018 | CRAF | TOR | TRANSFER OUT REGULAR TO SSCF | 0.00 | 0.00 |
| 05/23/2018 | SSCF | TIR | TRANSFER IN REGULAR FROM CRAF | 0.00 | 0.00 |

TRUST ACCOUNT STATEMENT

STATEMENT DATE: 01/01/2018   -   07/27/2018

**SBI #:** 000366926E          **Name:** HADDEN, TREMAINE M        **DOB:** 10/05/1992
**LOCATION:** SSCF-1-R-E-2                                          **INM#** 864818

**TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| | | | BEGINNING BALANCE: | | 0.00 |
| 01/16/2018 | NSP | FPAY | THP /HFHS CRED/FPAY  /RG:2 11 @0.00    12/02/2017-12/31/2017 | 0.00 | 0.00 |
| 01/16/2018 | NSP | FPAY | THP /HFHS SEMI/FPAY  /RG:2 20 @1.45    12/01/2017-12/29/2017 | 29.00 | 29.00 |
| 01/16/2018 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 14.00 |
| 01/16/2018 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 29.00 |
| 01/17/2018 | NSP | TOR | TRANSFER OUT REGULAR TO TALBOT | (29.00) | 0.00 |
| 01/29/2018 | EJSP | AD | CASH ON ARRIVAL | 0.00 | 0.00 |
| 02/08/2018 | SSCF | CL | CLOSE ACCOUNT - CASH | 0.00 | 0.00 |
| 02/15/2018 | EJSP | FPAY | TLYC/HFHS CRED/FPAY  /RG:2 3 @0.00     01/29/2018-01/31/2018 | 0.00 | 0.00 |
| 02/15/2018 | EJSP | FPAY | TLY /HFHS SEMI/FPAY  /RG:2 0 @1.45     01/29/2018-01/31/2018 | 0.00 | 0.00 |
| 02/19/2018 | EJSP | MEDL | MEDICAL LOAN | 5.00 | 5.00 |
| 02/19/2018 | EJSP | MED | AUTOPAYMENT: MED 15-FEB-18 | (5.00) | 0.00 |
| 02/19/2018 | EJSP | RXL | PHARMACY LOAN | 1.00 | 1.00 |
| 02/19/2018 | EJSP | RX | AUTOPAYMENT: RX 15-FEB-18 | (1.00) | 0.00 |
| 02/20/2018 | NSP | FPAY | THP /HFHS CRED/FPAY  /RG:2 8 @0.00     01/06/2018-01/28/2018 | 0.00 | 0.00 |
| 02/20/2018 | NSP | FPAY | THP /HFHS SEMI/FPAY  /RG:2 18 @1.45    01/01/2018-01/31/2018 | 26.10 | 26.10 |
| 02/20/2018 | NSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 11.10 |
| 02/20/2018 | NSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 26.10 |
| 02/20/2018 | NSP | DED | FPAY-DEDUCTION-MEDL-02192018 | (5.00) | 21.10 |
| 02/20/2018 | NSP | DED | FPAY-DEDUCTION-RXL-02192018 | (1.00) | 20.10 |
| 03/15/2018 | EJSP | FPAY | TLYC/HFHS CRED/FPAY  /RG:2 28 @0.00    02/01/2018-02/28/2018 | 0.00 | 20.10 |
| 03/15/2018 | EJSP | FPAY | TLY /HFHS SEMI/FPAY  /RG:2 20 @1.45    02/01/2018-02/28/2018 | 29.00 | 49.10 |
| 03/15/2018 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 34.10 |
| 03/15/2018 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 49.10 |
| 03/16/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | (29.00) | 20.10 |
| 04/13/2018 | EJSP | FPAY | TLYC/HFHS CRED/FPAY  /RG:2 31 @0.00    03/01/2018-03/31/2018 | 0.00 | 20.10 |
| 04/13/2018 | EJSP | FPAY | TLY /HFHS SEMI/FPAY  /RG:2 22 @1.45    03/01/2018-03/30/2018 | 31.90 | 52.00 |
| 04/13/2018 | EJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 37.00 |
| 04/13/2018 | EJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 52.00 |
| 04/17/2018 | EJSP | TOR | TRANSFER OUT REGULAR TO TULLY | (31.90) | 20.10 |
| 04/28/2018 | EJSP | AD | CASH ON ARRIVAL | 0.00 | 20.10 |
| 04/30/2018 | NSP | TOR | TRANSFER OUT REGULAR TO EJSP | (20.10) | 0.00 |
| 04/30/2018 | NSP | CL | CLOSE ACCOUNT - CASH | 0.00 | 0.00 |
| 05/01/2018 | CRAF | AD | CASH ON ARRIVAL | 0.00 | 0.00 |

```
07/27/2018 08:50              DEPARTMENT OF CORRECTIONS            Page    5   Of    6
COICAC2                    SOUTHERN STATE CORRECTIONAL FACILITY                OTRTASTA
                                  TRUST ACCOUNT STATEMENT
                          STATEMENT DATE: 01/01/2018   -  07/27/2018


SBI #:   000366926E           Name: HADDEN, TREMAINE M          DOB:   10/05/1992
LOCATION: SSCF-1-R-E-2                                          INM#   864818


TRANSACTION DESCRIPTIONS     2101 SPENDABLE SUB ACCOUNT
DATE        LOCATION TYPE  TRANSACTION DESCRIPTION                TRANSACTION AMT    BALANCE

05/07/2018  EJSP   TIR   TRANSFER IN REGULAR FROM NSP                     20.10        20.10
05/09/2018  CRAF   JPAY  AUTOPAYMENT: JPAY   SETOFF_CODE:85521314         20.00        40.10
05/09/2018  CRAF   DED   $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A.  (15.00)  25.10
05/09/2018  CRAF   ADD   $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A.    15.00   40.10
05/13/2018  CRAF   JPAY  AUTOPAYMENT: JPAY   SETOFF_CODE:85679531         40.00        80.10
05/14/2018  CRAF   JPUR  AUTOPAYMENT: JPUR 35264563                       (2.00)       78.10
05/15/2018  CRAF   CRS   COMMISSARY SALE - ORD #9114858                  (35.70)       42.40
05/15/2018  EJSP   FPAY  TLYC/HFHS CRED/FPAY  /RG:2 28 @0.00     04/01/2018-    0.00   42.40
                         04/28/2018
05/15/2018  EJSP   FPAY  TLY /HFHS SEMI/FPAY  /RG:2 20 @1.45     04/02/2018-   29.00   71.40
                         04/27/2018
05/15/2018  EJSP   DED   $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A.  (15.00)  56.40
05/15/2018  EJSP   ADD   $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A.    15.00   71.40
05/16/2018  SSCF   AD    CASH ON ARRIVAL                                  0.00         71.40
05/16/2018  CRAF   CEC   COMMISSARY RETURN - ORD #9114858                35.70        107.10
05/17/2018  EJSP   TOR   TRANSFER OUT REGULAR TO TULLY                  (49.10)        58.00
05/17/2018  SSCF   CRS   COMMISSARY SALE - ORD #9120450                   0.00         58.00
05/18/2018  SSCF   JPAY  AUTOPAYMENT: JPAY   SETOFF_CODE:85864950        100.00       158.00
05/18/2018  SSCF   DED   $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A.  (15.00) 143.00
05/18/2018  SSCF   ADD   $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A.    15.00  158.00
05/21/2018  SSCF   RX    AUTOPAYMENT: RX 17-MAY-18                       (1.00)       157.00
05/22/2018  CRAF   TOR   TRANSFER OUT REGULAR TO SSCF                   (58.00)        99.00
05/23/2018  SSCF   TIR   TRANSFER IN REGULAR FROM CRAF                   58.00        157.00
06/01/2018  SSCF   GTL   GTL - PHONE DEBIT PURCHASE 6/1/18              (15.00)       142.00
06/05/2018  SSCF   CRS   COMMISSARY SALE - ORD #9145368                 (83.82)        58.18
06/05/2018  SSCF   AR    AR % TULLY HOUSE                               249.54        307.72
06/08/2018  SSCF   JPUR  AUTOPAYMENT: JPUR 36202388                      (8.00)       299.72
06/11/2018  SSCF   RX    AUTOPAYMENT: RX 04-JUN-18                       (1.00)       298.72
06/12/2018  SSCF   GTL   GTL - PHONE DEBIT PURCHASE 6/12/18             (20.00)       278.72
06/14/2018  SSCF   CRS   COMMISSARY SALE - ORD #9153586                (149.90)       128.82
06/18/2018  SSCF   JPUR  AUTOPAYMENT: JPUR 36557912                      (8.00)       120.82
06/21/2018  SSCF   GTL   GTL - PHONE DEBIT PURCHASE 6/21/2018           (25.00)        95.82
06/25/2018  SSCF   CDR   TREMAINE HADDEN                                (33.00)        62.82
06/26/2018  EJSP   CL    CLOSE ACCOUNT - CASH                             0.00         62.82
07/06/2018  SSCF   CRS   COMMISSARY SALE - ORD #9174443                 (13.71)        49.11
07/10/2018  SSCF   GTL   GTL - PHONE DEBIT PURCHASE                     (25.00)        24.11
07/20/2018  SSCF   CRS   COMMISSARY SALE - ORD #9194325                  (7.92)        16.19
07/23/2018  CRAF   CL    CLOSE ACCOUNT - CASH                             0.00         16.19
```

```
07/27/2018 08:50              DEPARTMENT OF CORRECTIONS          Page    6 Of    6
  COICAC2                SOUTHERN STATE CORRECTIONAL FACILITY              OTRTASTA
                              TRUST ACCOUNT STATEMENT
                     STATEMENT DATE: 01/01/2018   -  07/27/2018


SBI #:  000366926E         Name: HADDEN, TREMAINE M         DOB:   10/05/1992
LOCATION: SSCF-1-R-E-2                                      INM#   864818
```

**TRANSACTION DESCRIPTIONS**     **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 07/27/2018 | SSCF | CEC | COMMISSARY RETURN - ORD #9194325 | 7.92 | 24.11 |