UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY
CIVIL ACTION No:



UNITED STATES DISTRICT COURT
 DISTRICT OF NEW JERSEY
Mitchell H. Cohen U.S. Courthouse, Room 1050,
1 John F. Gerry Plaza, 4th &Cooper Sts.,
Camden, N.J. 08101
Attn: Clerk/designee

HADDEN V STATE OF NEW JERSEY, Etc, al

Dear Sir/Madam:

Within regard to the above captioned matter||I am the Plaintiff(pro-se) enclosed herein please find the original complaint and (11)eleven copies of same for each defendant. Please file same and return a copy to me for my records stamped received and filed upon filing same.

I thank you in advance for your anticipated courtesies and considerations in this and in all matters, I will furthermore await patiently for your response in this matter in a whole.

Tremaine Hadden

Dated: August 10, 2018

Prep By: 750806 77