Tremaine Hadden #366928
S.S.C.F. 4295 Rt 47
Delmont, N.J. 08314



United States District Court
District of New Jersey
1 John F. Gerry Plaza, 4th & Cooper Sts
Camden, N.J. 08101
Attn: Clerk/designee