## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TREMAINE HADDEN, | : | Civil Action No. 18-12703 (CCC) (CLW) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| STATE OF NEW JERSEY, *et al.*, | : | |
| Defendants. | : | |

**IT APPEARING THAT**:

1.      On or about August 13, 2018, *pro se* Plaintiff Tremaine Hadden, an inmate then confined at Southern State Correctional Facility ("SSCF") in Delmont, New Jersey, initiated this action through the filing of a Complaint raising civil rights claims pursuant to 42 U.S.C. § 1983. (ECF No. 1.)  On December 11, 2018, the Court screened the Complaint and issued an Opinion and Order dismissing certain claims and permitting other claims to proceed.  (ECF Nos. 2 & 3.)

2.      On December 11, 2018, the Clerk sent a notice to Plaintiff via regular United States mail containing the Opinion and Order.  (*See* ECF No. 4.)  The Clerk mailed that notice to Plaintiff at the address of record listed in his pleading.  (*Id.*)

3.      On January 4, 2019, that mailing was returned to the Clerk stating: "No Inmate Name/Number (invalid)."  (ECF No. 4 at 1.)

4.      As of today's date, Plaintiff has not updated the Court with his new address, notwithstanding that the Court's Local Civil Rules require him to do so.  *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").  By failing to apprise the Court of his current address, Plaintiff has not

complied with Local Civil Rule 10.1. The Court will therefore administratively terminate this matter at this time. *See Thompson v. D'Ilio*, No. 13-cv-6282, 2016 WL 6305953, at *1 (D.N.J. Oct. 27, 2016) (administratively terminating action where *pro se* litigant failed to update his address pursuant to L. Civ. R. 10.1). For the foregoing reasons, and for good cause shown,

IT IS on this _____ day of _Febrary_____, 2019,

**ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** this matter; and it is further

**ORDERED** that if Plaintiff updates his contact information and otherwise satisfies the appropriate Rules, the Court will re-open this matter; and it is finally

**ORDERED** that the Clerk shall send a copy of this Order to Plaintiff by regular United States mail at his current address of record.

Claire C. Cecchi, U.S.D.J.