CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

RETURN TO SENDER ITEMS REFUSED FOR
☒ No Inmate Name/Number (Invalid)
___ No Employee Name or Department
___ Name and Number Do Not Match
___ Not at SSCF

DV DANIELS
NJ 070
15 JAN '19
PM 1 L

neopost
01/15/2019
FIRST CLASS MAIL
$00.470
ZIP 07102
041L11246772

Tremaine Hadden
Southern State C.F.
#295 A
Delmont
08314-890295

NIXIE    170   CE  2    2201/27/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 07101       *1809-01748-15-35



## Other Orders/Judgments
2:18-cv-12703-CCC-CLW
HADDEN v. STATE OF NEW
JERSEY et al

PLO,PROSE-PR

## U.S. District Court

## District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 1/14/2019 at 4:41 PM EST and filed on 1/14/2019
**Case Name:**      HADDEN v. STATE OF NEW JERSEY et al
**Case Number:**    2:18-cv-12703-CCC-CLW
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER that Plaintiff's application to proceed in forma pauperis is Granted; the Complaint shall be filed; the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the administrator of Southern State Correctional Facility; Plaintiff is assessed a filing fee of $350 and shall pay the entire filing fee in the manner set forth in this Order; the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail; etc. Signed by Judge Claire C. Cecchi on 1/14/2019. (sm)**


**2:18-cv-12703-CCC-CLW Notice has been electronically mailed to:**

**2:18-cv-12703-CCC-CLW Notice has been sent by regular U.S. Mail:**

TREMAINE HADDEN
SOUTHERN STATE CORRECTIONAL FACILITY
4295 ROUTE 47
DELMONT, NJ 08314

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/14/2019] [FileNumber=12085098-0] [7e3729258cfbb809422ec09056585a38fe4f926735ef2a661f94a1706afd5b2226 8195368b104e7838cfa4a09a3a6622243809f3196bc32a3f2b68bba4c77564]]

**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREMAINE HADDEN, | Civil Action No. 18-12703 (CCC) (CLW) |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEW JERSEY, et al., | |
| Defendants. | |

**CECCHI, District Judge**

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

**IT IS** therefore on this 14th day of January, 2018,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**; and it is further

**ORDERED** that the Complaint shall be filed; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b) and for purposes of account deduction only, the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the administrator of Southern State Correctional Facility; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation, meaning that if the Court dismisses the case as a result of its *sua sponte* screening, or Plaintiff's case is otherwise administratively terminated or closed, § 1915

does not suspend installment payments of the filing fee or permit refund to the prisoner of the filing fee, or any part of it, that has already been paid; and it is further

**ORDERED** that pursuant to *Bruce v. Samuels*, 136 S. Ct. 627, 632 (2016), if Plaintiff owes fees for more than one court case, whether to a district or appellate court, under the Prison Litigation Reform Act (PLRA) provision governing the mandatory recoupment of filing fees, Plaintiff's monthly income is subject to a simultaneous, cumulative 20% deduction for each case a court has mandated a deduction under the PLRA; *i.e.*, Plaintiff would be subject to a 40% deduction if there are two such cases, a 60% deduction if there are three such cases, *etc.*, until all fees have been paid in full; and it is further

**ORDERED** that pursuant to 28 U.S.C. § 1915(b)(2), in each month that the amount in Plaintiff's account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, in accordance with *Bruce*, until the $350.00 filing fee is paid. Each payment shall reference the civil docket numbers of the actions to which the payment should be credited; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

Claire C. Cecchi, U.S.D.J.

2