

## Other Orders/Judgments

2:18-cv-12703-CCC-CLW
HADDEN v. STATE OF NEW JERSEY et al

PLO,PROSE-PR

### U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 2/1/2019 at 4:11 PM EST and filed on 2/1/2019
**Case Name:**     HADDEN v. STATE OF NEW JERSEY et al
**Case Number:**   2:18-cv-12703-CCC-CLW
**Filer:**
**WARNING: CASE CLOSED on 02/01/2019**
**Document Number:** 6

**Docket Text:**
**ORDER that the Clerk shall Administratively Terminate this matter; if Plaintiff updates his contact information and otherwise satisfies the appropriate Rules, the Court will re-open this matter; the Clerk shall send a copy of this Order to Plaintiff by regular United States mail at his current address of record. Signed by Judge Claire C. Cecchi on 2/1/2019. (sm)**

**2:18-cv-12703-CCC-CLW Notice has been electronically mailed to:**

**2:18-cv-12703-CCC-CLW Notice has been sent by regular U.S. Mail:**

TREMAINE HADDEN
SOUTHERN STATE CORRECTIONAL FACILITY
4295 ROUTE 47
DELMONT, NJ 08314

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=2/1/2019] [FileNumber=12166071-0
] [8da8ecb7df547a2ac648d0e2f73d844977e91c1c355a7921e5acb087d770f48019e
4409767247bbacda50ccc2bca54df3425a25ba0d47f777f4ce26ef4375385]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREMAINE HADDEN, | Civil Action No. 18-12703 (CCC) (CLW) |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEW JERSEY, *et al.*, | |
| Defendants. | |

**IT APPEARING THAT:**

1. On or about August 13, 2018, *pro se* Plaintiff Tremaine Hadden, an inmate then confined at Southern State Correctional Facility ("SSCF") in Delmont, New Jersey, initiated this action through the filing of a Complaint raising civil rights claims pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On December 11, 2018, the Court screened the Complaint and issued an Opinion and Order dismissing certain claims and permitting other claims to proceed. (ECF Nos. 2 & 3.)

2. On December 11, 2018, the Clerk sent a notice to Plaintiff via regular United States mail containing the Opinion and Order. (*See* ECF No. 4.) The Clerk mailed that notice to Plaintiff at the address of record listed in his pleading. (*Id.*)

3. On January 4, 2019, that mailing was returned to the Clerk stating: "No Inmate Name/Number (invalid)." (ECF No. 4 at 1.)

4. As of today's date, Plaintiff has not updated the Court with his new address, notwithstanding that the Court's Local Civil Rules require him to do so. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). By failing to apprise the Court of his current address, Plaintiff has not

complied with Local Civil Rule 10.1. The Court will therefore administratively terminate this matter at this time. *See Thompson v. D'Ilio*, No. 13-cv-6282, 2016 WL 6305953, at *1 (D.N.J. Oct. 27, 2016) (administratively terminating action where *pro se* litigant failed to update his address pursuant to L. Civ. R. 10.1). For the foregoing reasons, and for good cause shown,

IT IS on this ____1____ day of __February__, 2019,

**ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** this matter; and it is further

**ORDERED** that if Plaintiff updates his contact information and otherwise satisfies the appropriate Rules, the Court will re-open this matter; and it is finally

**ORDERED** that the Clerk shall send a copy of this Order to Plaintiff by regular United States mail at his current address of record.

Claire C. Cecchi, U.S.D.J.

2