# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TREMAINE HADDEN | : | Honorable Claire C. Cecchi |
| Plaintiff | : | Civil Action No.: 2:18-cv-12703 |
| v. | : | **SUBSTITUTION OF ATTORNEY** |
| STATE OF NEW JERSEY, ET AL | : | |
| Defendants | : | |

I, Tremaine Hadden, hereby withdraws as Pro Se and Joseph D. Lento, Esquire, of Lento Law Group, P.C., hereby substitutes as counsel for the Plaintiff, Tremaine Hadden, with regards to the above captioned matter.

LENTO LAW GROUP, P.C.

*Joseph D. Lento* / s /  
_____  
Joseph D. Lento, Esquire

*Tremaine Hadden* /s/  
_____  
Tremaine Hadden, Pro Se

Dated: September 21, 2020

Dated: September 21, 2020